PROB 22 (Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 7:15CR00280-013 |
| DOCKET NUMBER *(Rec. Court)* | 2:25-cr-00131-JCM-MDC-1 |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

HENRY ANDRADE, SR.

☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON

MAY 12 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**DISTRICT:** Western District of Texas
**DIVISION:** Midland/Odessa

**NAME OF SENTENCING JUDGE:** Honorable Judge Robert A. Junell, Sr. U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM: 03/29/2023
TO: 03/28/2028

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and Distribute 50 Grams or More of Actual Methamphetamine and/or 500 Grams or More of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), and 21 U.S.C. § 846

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Andrade was released to the District of Nevada and has no intention of returning to the Western District of Texas..

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Western  DISTRICT OF  Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

05/09/2025
*Date*

*(signature)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 16, 2025
*Effective Date*

*(signature) James C. Mahan*
United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Henry Andrade
Case No.: TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

May 9, 2025

TO:   United States District Judge

On October 13, 2016, Henry Andrade, Sr., was sentenced in the Western District of Texas by the Honorable Judge Robert A. Junell to a term of 120 months imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute and Distribute 50 Grams or More of Actual Methamphetamine and/or 500 Grams or More of a Mixture and Substance Containing Methamphetamine, a Class A Felony. On March 29, 2023, Andrade commenced his supervised release term in the District of Nevada, where he has remained.

Andrade has no intention of returning to the Western District of Texas. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Robert A. Junell has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.05.12 13:07:43 -07'00'

_____
Briana Casey
United States Probation Officer

Approved:

*Joy Gck*
Digitally signed by Joy Gabonia
Date: 2025.05.12 12:55:56 -07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer